# 154 MAHON v. HALL.

GEORGE MAHON, Respondent, v. JOHN D. HALL and OTHERS, Appellants.

*Answer — order striking out, as frivolous, will not be reviewed on appeal from judgment in the action.*

An answer was interposed in this action setting up the defense of usury, which was, upon motion, overruled as frivolous, and judgment ordered for the plaintiff, which order was affirmed by the General Term. Judgment having been entered in the action, this appeal was taken therefrom. *Held*, that the decision by which the answer was held to be frivolous, could not be drawn in question in this court on such appeal from the judgment.

Whether that question can be considered in the Court of Appeals, on an appeal from a final judgment, is for that court to determine.

Appeal from a judgment of foreclosure entered in this action.

*F. W. Earl* and *John H. Lockwood*, for the appellants.

*H. C. Place*, for the respondent.

Opinion by Talcott, J.

Present — Barnard, P. J., and Talcott, J.

Judgment affirmed with costs.